USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY,

Plaintiff,

-against-

AMAZON MUSIC, et al.,

Defendants.

25-CV-10546 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On October 26, 2026, the Court issued an order (Dkt. 18) that erroneously set Amazon's extended date to answer or respond to the Amended Complaint as October 30, 2026. Amazon's actual deadline to answer or respond to the Amended Complaint is **November 30, 2026**.

Dated: New York, New York
October 27, 2026

**SO ORDERED.**



**BARBARA MOSES**
**United States Magistrate Judge**